UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KHARI WHEELER, on behalf of himself and a class of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BAYER CORPORATION, BAYER HEALTHCARE LLC, and BAYER HEALTHCARE PHARMACEUTICALS INC.<br><br>*Defendants*. | Case No. 2:22-cv-10784 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgement."  Accordingly, Plaintiffs hereby dismiss, without prejudice, all claims against Defendant.  Each party shall bear its own costs.

Dated: June 13, 2022.                                Respectfully submitted,

*/s/ Nick Suciu III*
Nick Suciu III (P72052)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Phone: (313) 303-3472
Email: nsuciu@milberg.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
Email: gklinger@milberg.com

Mark S. Reich
Courtney E. Maccarone
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Phone: (212) 363-7500
Email: mreich@zlk.com
Email: cmaccarone@zlk.com

*Counsel for Plaintiff*