UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Khari Wheeler,

    Plaintiff(s),

vs

    Case No: 22-10784
    Hon. Victoria A. Roberts

Bayer Corporation, et al.,

    Defendant(s).
_____/

## ORDER DISMISSING CASE

Pursuant to the Notices of Voluntary Dismissal filed by Plaintiff [ECF Nos. 19 and 20], this case is **DISMISSED WITHOUT PREJUDICE**.

    **ORDERED**.

    s/ Victoria A. Roberts _____
    Victoria A. Roberts
    United States District Judge

Dated: June 13, 2022